IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL AMUNDSON,
by his legal guardians Ella and Richard Amundson;
CHUCK ANDERSON;
MATT DANSDILL,
by his legal guardians Robert and Pat Dansdill;
JOLEEN GARAGHTY,
by her legal guardian Mary Junbauer;
CHUCK HOGAN,
by his legal guardians Keith and Beckie Hines;
JOSHUA BORGH,
by his legal guardian Celeste Nelson;
ANDREA NACK,
by her legal guardians Roberta Daggy and LaVerne Nack;
MICAH RINDO,
by his legal guardians Linda and John Rindo;
CARRIE RING,
by her legal guardian Carol Ring;
JENNIFER SANDERS,
by her legal guardian Diane McGrane;
DORSE YOUNGBLOOD;
RICHARD KAWATSKI,
by his legal guardian Christine Kawatski;
CRAIG PICHLER,
by his legal guardian Claudia Pichler;
RICHARD STARK;
SCOTT VISOCKY,
by his legal guardian Steven Visocky;
CHRISTOPHER YAHR,
by his legal guardian ELIZABETH YAHR;
DONALD NEUMAN,
by his legal guardian JASON NEUMAN,
on behalf of themselves and all others similarly situated,

  Plaintiffs,

v.

WISCONSIN DEPARTMENT OF HEALTH
SERVICES; DENNIS SMITH; COMMUNITY HEALTH
PARTNERSHIP, INC.; CHP-LTS, INC.; NORTHWEST
LONG-TERM CARE DISTRICT; and CARE
WISCONSIN FIRST, INC.,

  Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-609-bbc

---

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

Judgment in a Civil Case                                                                                                       Page 2

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Wisconsin Department of Health Services, Dennis Smith, Community Health Partnership, Inc., CHP-LTS, Inc., Northwest Long-Term Care District, and Care Wisconsin First, Inc., dismissing this case for failure to state a claim upon which relief may be granted.

*Peter Oppeneer*     1/24/13

Peter Oppeneer, Clerk of Court     Date